**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

**CASE NO.: 2:26-cv-00261-ALM-EPD**

JONPAUL MARCEL NADEAU,

                Plaintiff,

v.

GIRI DEVANUR,

                Defendant.

---

## MOTION FOR EXTENSION OF TIME

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, hereby moves this Honorable Court for an extension of time to perfect service upon Defendant GIRI DEVANUR, and as grounds therefore states as follows:

1. Plaintiff filed his Complaint for Copyright Infringement against Defendant GIRI DEVANUR on March 3, 2026. [ECF 1]

2. The Summons was issued as to Defendant on March 5, 2026. [ECF 3]

3. Plaintiff initially sent the Complaint and Summons for service to Defendant on March 10, 2026, through Proof Process Servers ("Proof").

4. Plaintiff asked Proof to attempt service at 6683 Dale Dr, Unit H1-12, Dublin, OH 43017, an address that upon information and belief, was the residence of Giri Devanur. Through two attempts, made March 11, 2026, and March 12, 2026, Proof advised that this address was unsuccessful. Attached hereto as **Exhibit 1** is a true and correct copy of the Affidavit of Non-Service.

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

5. On April 15, 2026, Plaintiff asked Proof to attempt service at 6515 Longshore Loop, Fl 1, Dublin, OH 43017, which Plaintiff, upon information and belief, found to be the principal business address for the company reAlpha Realty, LLC, the company that Giri Devanur's is listed as the Owner/CEO. Proof advised that they "spoke with the receptionist/front desk staff. They stated that the subject is unknown. Observed the subject's name was not listed in the building directory. No additional contacts were made." Service at this address was unsuccessful. Attached hereto as **Exhibit 2** is a true and correct copy of the Affidavit of Non-Service.

6. On April 20, 2026, counsel for Plaintiff sent an email to the Attorney that was representing Defendant with a Waiver of Service, Notice of Lawsuit, and a copy of the Complaint, Exhibits and Summons, asking if he was willing to waive service for Defendant. Defendant's Attorney advised that he is not authorized to accept service at this time. Attached hereto as **Exhibit 3** is a true and correct copy of the email chain between counsel for Plaintiff and Defendant's Attorney.

7. Plaintiff then directed Proof to attempt service at 45 Park Ln S, Apt 1603, Jersey City, NJ 07310. Upon information and belief, Plaintiff found that this was another possible residential address for Defendant. Proof advised that they "spoke with the building manager of the property. They stated that the subject has moved from this address. Observed no relevant details during this attempt. No additional contacts were made." Proof made three attempts at this address, on April 23, 2026, April 28, 2026 and April 29, 2026. Service at this address was unsuccessful. Attached hereto as **Exhibit 4** is a true and correct copy of the Affidavit of Non-Service.

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

8.      Plaintiff is diligently researching viable addresses to serve Defendant and is currently still attempting service.

9.      On May 26, 2026, counsel for Plaintiff sent a follow up email to Defendant's Attorney asking if there has been an update with whether they can accept and waive service on behalf of Defendant. That same day, Defendant's Attorney advised that they remain committed to their assertions from April 20, 2026. Attached hereto as **Exhibit 5** is a true and correct copy of the email chain between counsel for Plaintiff and Defendant's Attorney.

10.      Plaintiff is in the process of filing an Amended Complaint, which is expected to add approximately two additional defendants, including ReAlpha Tech Corp. and, upon information and belief, ThoughLeadr LLC, an entity that Plaintiff believes may be connected to the conduct at issue. Plaintiff is currently working to confirm the correct legal identity of ThoughLeadr LLC before naming it as a defendant.

11.      The requested extension will provide Plaintiff with sufficient time to effectuate service upon Defendant Giri Devanur and to coordinate service efforts efficiently as to all defendants once the Amended Complaint is filed

12.      For the reasons set forth above, Plaintiff is respectfully requesting this Court for an extension of time of forty-five (45) days, up to and including **July 20, 2026**, to perfect service upon Defendant Giri Devanur.

13.      This request is made in good-faith, and not for the purpose of obstruction or delay.

WHEREFORE, Plaintiff JONPAUL MARCEL NADEAU prays this Honorable Court for an extension of time of forty-five (45) days, up to and including **July 20, 2026**, to perfect service

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

upon Defendant GIRI DEVANUR, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: June 2, 2026                    Respectfully submitted,

**GUGLIOTTA & GUGLIOTTA LPA**

*/s/ /John D. Gugliotta*
JOHN D. GUGLIOTTA, ESQ. (006209)
3020 W. Market Street
Fairlawn, OH 44333
P (330) 253-2225
F (330) 253-6658
Email: johng@inventorshelp.com

and

**SRIPLAW, P. A.**

SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*