# Exhibit
# 1

# UNITED STATES DISTRICT COURT

for the
Southern District of Ohio

| | |
|---|---|
| **Jonpaul Marcel Nadeau** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-00261-ALM-EPD |
| | ) |
| **Giri Devanur** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Giri Devanur as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: March 11, 2026 12:28 pm
Address: 6683 Dale Dr, Unit H1-12, Dublin, OH 43017
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.1044819722,-83.1081839722
Description of attempt: No contact was made at the service address. Observed no relevant details during this attempt. No additional contacts were made.

Serve Attempt #2
Date / Time: March 12, 2026 7:37 pm
Address: 6683 Dale Dr, Unit H1-12, Dublin, OH 43017
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=40.104522,-83.108277
Description of attempt: I spoke with a resident at the location. They stated that they do not know the subject. Observed no relevant details during this attempt. Attempted to speak with neighbors. No one answered.

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

/s/ *Mike Ash*

Franklin County                                  ,

OH        on     3/25/2026               .

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)

Exhibit 2a)

