# Exhibit
# 2

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| **Jonpaul Marcel Nadeau** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-00261-ALM-EPD |
| | ) |
| **Giri Devanur** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Giri Devanur as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: April 15, 2026 6:35 pm
Address: 6515 Longshore Loop, Fl 1, Dublin, OH 43017
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.1010338,-83.1083064
Description of attempt: I spoke with the receptionist/front desk staff. They stated that the subject is unknown. Observed the subject's name was not listed in the building directory. No additional contacts were made.

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Franklin County ,

OH       on    4/21/2026    .

/s/ *Mike Ash*

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)