# Exhibit

# 3

 Outlook

[Draft] Fw: Jonpaul Nadeau v. Giri Devanur (Our matter: 29953)

**From**      rebecca.pollack@sriplaw.com
**Draft saved** Thu 5/28/2026 10:30 AM

---

**From:** William Scott Goldman <wsg@goldmanlawgroup.com>
**Sent:** Monday, April 20, 2026 1:42 PM
**To:** Sanje Lara <sanje.lara@sriplaw.com>
**Subject:** Re: Jonpaul Nadeau v. Giri Devanur (Our matter: 29953)

> ⚠ **EXTERNAL EMAIL** ⚠
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please be advised that your client's claim is wholly without merit as outlined in our previous emails from almost a year ago! Furthermore, our firm is not authorized to accept service at this time. However, should your client still attempt to pursue this frivolous action, I'm sure there will be vigorous defenses raised, which will be quite costly/time-consuming to your firm and client, not to mention the inclusion of counterclaims/damages as well.


William


_____


William Scott Goldman • Representing Innovation.

**GOLDMAN LAW GROUP, PLLC** | 202.880.9200


On Mon, Apr 20, 2026 at 1:10 PM Sanje Lara <sanje.lara@sriplaw.com> wrote:

> Hi William,
>
> I represent JohnPaul Nadeau in a copyright infringement action against Mr. Giri Devanur. We have attempted to serve Mr. Devanur with notice of the lawsuit but have been unsuccessful to date.

Accordingly, please find attached the Notice of Lawsuit and Request for Waiver of Service for your review. I understand that you may be representing Mr. Devanur in this matter. By agreeing to waive formal service, your client will be afforded additional time to respond to the Complaint. If you decline to waive service, we will proceed with formal service, and, pursuant to Rule 4 of the Federal Rules of Civil Procedure, Mr. Devanur may be responsible for the costs associated with such service.

Please review the enclosed documents and let us know whether you are authorized to accept or will agree to waive service on behalf of Mr. Devanur. Should you have any questions, please do not hesitate to contact me.

Best regards,



**Sanje Lara**

Associate

9100 S. Dadeland Blvd. Suite 1500

Miami, Florida 33156

Main: (561) 404-4350

Direct: (786) 743-0018

sanje.lara@sriplaw.com

https://link.edgepilot.com/s/7951e27b/oUG62N7Js0CTAR2Nacw4UA?u=http://www.sriplaw.com/

---

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.