# Exhibit

# 4

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| **Jonpaul Marcel Nadeau** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-261 |
| | ) | |
| | ) | |
| **Giri Devanur** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF NONSERVICE

I, Oluwatimilehin Doyeni, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Giri Devanur as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: April 23, 2026 1:16 pm
Address: 45 Park Ln S, Apt 1603, Jersey City, NJ 07310-3114
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.7311292994,-74.031341057
Description of attempt: I spoke with the building manager of the property. They stated that the subject has moved from this address. Observed no relevant details during this attempt. No additional contacts were made.

Serve Attempt #2
Date / Time: April 28, 2026 10:25 am
Address: 45 Park Ln S, Apt 1603, Jersey City, NJ 07310-3114
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=40.7311692836,-74.0313545378
Description of attempt: I spoke with the building manager of the property. They stated that the subject has moved from this address. Observed no relevant details during this attempt. The property manager stated that the subject no longer resides at this address.

Serve Attempt #3
Date / Time: April 29, 2026 9:31 am
Address: 45 Park Ln S, Apt 1603, Jersey City, NJ 07310-3114
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=40.7311173742,-74.0313926611
Description of attempt: I spoke with the building manager of the property. They stated that the subject has moved from this address. Observed no relevant details during this attempt. No additional contacts were made.

Total Cost: $240.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Hudson County                               ,

   NJ        on    5/12/2026            .

/s/ *Oluwatimilehin Doyeni*
Signature
Oluwatimilehin Doyeni
+1 (908) 494-7040

Exhibit 1a)





Exhibit 2a)

Exhibit 3a)

