# Exhibit

# 5

 Outlook

[Draft] Fw: Jonpaul Nadeau v. Giri Devanur (Our matter: 29953)

**From** rebecca.pollack@sriplaw.com
**Draft saved** Thu 5/28/2026 10:32 AM

---

**From:** William Scott Goldman <wsg@goldmanlawgroup.com>
**Sent:** Tuesday, May 26, 2026 12:41 PM
**To:** Sanje Lara <sanje.lara@sriplaw.com>
**Subject:** Re: Jonpaul Nadeau v. Giri Devanur (Our matter: 29953)

> ⚠ **EXTERNAL EMAIL** ⚠
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings!

However, we remain committed to our assertions from 4/20/26 and suggest that you pursue this claim against the creative agency instead.

William

---

On Tue, May 26, 2026 at 11:32 AM Sanje Lara <<u>sanje.lara@sriplaw.com</u>> wrote:

> Hi William,
>
> I hope you are doing well. I am following up regarding the above-referenced matter. Since some time has passed since our last correspondence, can you please confirm whether your firm has now been authorized to accept service on behalf of Mr. Devanur or whether your client would be willing to waive service?

Additionally, please let me know whether your client is interested in engaging in settlement discussions to potentially resolve this matter without further litigation.

Absent authorization or a waiver, we will continue pursuing formal service.

I look forward to your response.

Best regards,



**Sanje Lara**

Associate

9100 S. Dadeland Blvd. Suite 1500

Miami, Florida 33156

Main: (561) 404-4350

Direct: (786) 743-0018

sanje.lara@sriplaw.com

https://link.edgepilot.com/x/WoPI6ciVy375rnEx6q3EkoU?u=http://www.sriplaw.com/