**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

**CASE NO.:  2:26-cv-00261-ALM-EPD**

JONPAUL MARCEL NADEAU,

       Plaintiff,

v.

GIRI DEVANUR

       Defendant.

---

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff JONPAUL MARCEL NADEAU's Motion for Extension of Time to perfect service upon Defendant GIRI DEVANUR.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  Plaintiff must perfect service upon Defendant by **July 20, 2026**.

**SO DONE AND ORDERED** this ___ day of _____, 2026, in Chambers in Columbus, Ohio.

                                       _____

                                       HONORABLE ALGENON L MARBLEY
                                       UNITED STATES DISTRICT JUDGE