# Exhibit

1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-296-168

**Effective Date of Registration:**
March 17, 2022
**Registration Decision Date:**
April 21, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 25, 2021 to October 13, 2021

## Title

| | |
|---|---|
| **Title of Group:** | 1717 middle river - sea ranch lakes - case 1-11254558531 |
| **Number of Photographs in Group:** | 243 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | February 25, 2021 |
| **Latest Publication Date in Group:** | October 13, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | jonpaul Nadeau |
| **Author Created:** | photographs |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jonpaul Nadeau |
| | 220 NE 17th Ave, Pompano Beach, FL, 33060 |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jonpaul Nadeau |
| **Email:** | jonpaulnadeau12@gmail.com |
| **Telephone:** | (860)422-3663 |
| **Address:** | 220 NE 17th Ave |
| | Pompano Beach, FL 33060 |