# Exhibit

# 2



Giri Devanur's Post

**Giri Devanur**
Founder & CEO at ReAlpha.com | 2x NASDAQ IPOs | Transforming Dreams of Homeow...
1mo

Florida's housing market just flashed a major warning sign: Migration collapsed 79% - from 317,923 to just 63,346 people. Young residents are leaving 2x faster than they arrive. Here's what the data reveals about Florida's real estate future:

I came to America with $60 in my pocket and built multiple NASDAQ companies. The patterns I'm seeing in Florida's market today are eerily similar to 2008:

• Home values 23% above 50-year trend line
• Migration dropped from 315k to 64k residents
• Housing inventory at decade high (153k homes)
• Young families fleeing in record numbers
• Only retirees (50-69) still moving in

The market fundamentals are breaking down fast:

Tampa is 26% overvalued. Orlando dropped 53% in the last crash. Miami fell 52%.

But here's what real estate agents aren't telling you:

Housing downturns are slow and painful. The last crash took 5 years to bottom out (2007-2012).

However, volatile markets create opportunities for smart buyers who time their purchases perfectly. They save on unnecessary fees and use data to make informed decisions.

That's why we built reAlpha and Claire, our AI agent.

On a $500k home, Claire helps you:
• Time market entry precisely
• Save $15k in commission fees
• Analyze millions of data points

Just ask Amy and Dave - a Florida couple who used Claire to buy their dream home in Hollywood, FL. The commission savings provided their exact down payment needs.

**More from this author**

reAlpha: Real Estate's Vertical Integrator
Giri Devanur · 6mo

Answer Engine Optimization - A new mad race
Giri Devanur · 10mo

NAR to become like FINRA? A $100 Billion question.
Giri Devanur · 11mo



Get your free copy of "No Fees, Just Keys": https://lnkd.in/ea3cGCUn

Follow me @GiriDevanur for more insights on the future of real estate.

About me: From a small village in India to ringing the NASDAQ bell twice. Now transforming real estate at @ReAlpha - making homeownership a reality by eliminating ALL fees.

73 · 11 Comments

Like     Comment     Share

**Adoram Shemesh**                                                    1mo
Real estate entrepreneur | Elevating hospitality experiences

Interesting perspective, Giri. Thank you for sharing

Like · Reply

**Avi Sahi**                                                          1mo
AI First Sales Leader | EVP Kore AI | University Chair AI | Advisor Gen AI

It's fascinating to see the data insights on Florida's real estate future you shared. How do you think AI like Claire can revolutionize property transactions in volatile markets? 🏠 📊 #RealEstateRevolution

Like · Reply