**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

**CASE NO.: 2:26-cv-00261-ALM-EPD**

JONPAUL MARCEL NADEAU,

                Plaintiff,

v.

GIRI DEVANUR, REVENUE FLOW LLC,
and REALPHA TECH CORP.,

                Defendant.

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GIRI DEVANUR, ONLY

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses Defendant Giri Devanur, Only, without prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: July 20, 2026

Respectfully submitted,

/s/ Sanje V. Lara
**SRIPLAW, P. A.**
SANJE V. LARA *(pro hac vice)*
Florida Bar Number: 1031680
sanje.lara@sriplaw.com

21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4353 – Facsimile

and

**GUGLIOTTA & GUGLIOTTA LPA**
JOHN D. GUGLIOTTA, ESQ. (006209)
3020 W. Market Street
Fairlawn, OH 44333

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

P (330) 253-2225
F (330) 253-6658
Email: johng@inventorshelp.com

*Counsel for Plaintiff JonPaul Marcel Nadeau*

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE