**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

**CASE NO.: 2:26-cv-00261-ALM-EPD**

JONPAUL MARCEL NADEAU,

Plaintiff,

v.

REALPHA TECH CORP.,

Defendant.

---

# JOINT STATUS REPORT

Plaintiff JONPAUL MARCEL NADEAU and Defendant REALPHA TECH CORP., by and through their undersigned counsel, hereby file this Status Report pursuant to the Court's Order at Docket Number 33, and advise the Court that the Settlement Agreement is currently being circulated for signatures. Plaintiff has executed the Agreement, and the parties are awaiting completion of the execution process before filing an appropriate dismissal.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Sanje V. Lara*
SANJE V. LARA (admitted *pro hac vice*)
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4354 – Facsimile

And

JOHN D. GUGLIOTTA, ESQ. (006209)
**GUGLIOTTA & GUGLIOTTA LPA**
3020 W. Market Street

*/s/ Matthew J. Schonauer*
Matthew J. Schonauer (0086361)
**Brennan, Manna & Diamond, LLC**
41 South High Street
Suite 3750
Columbus, Ohio 43215
T. (614) 246-7000
F. (614) 591-4183
mjschonauer@bmdllc.com

*Counsel for Defendant reAlpha Tech Corp.*

Fairlawn, OH 44333
P (330) 253-2225
F (330) 253-6658
Email: johng@inventorshelp.com

*Counsel for Plaintiff JonPaul Marcel Nadeau*